DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TROY WILLIAMSON,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-3, SUNSET LAKES MASTER ASSOCIATION, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** and **SHAWN BAILEY INVESTMENTS, LLC,**
Appellees.

No. 4D17-1210

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE10044627.

Ovide Val of Law Office of Attorney Ovide Val, North Miami, for appellant.

Cynthia L. Comras, David Rosenberg and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee Deutsche Bank National Trust Company.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***